AO 241 (Rev. 09/17)

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana |
|---|---|
| Name (under which you were convicted): Linnzi Zaorski | Docket or Case No.: |
| Place of Confinement : St. Tammany Parish Jail (a fixed 15-day suspended sentence) | Prisoner No.: Not applicable |
| Petitioner (include the name under which you were convicted) LINNZI ZAORSKI | v. Respondent (authorized person having custody of petitioner) PATRICE OPPENHEIM, JUDGE, 22nd JDC LA, and RANDY SMITH, SHERIFF, St. Tammany Parish |
| The Attorney General of the State of: Louisiana | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: 22nd Judicial District Court of Louisiana, Division "K," St. Tammany Parish, Louisiana

   (b) Criminal docket or case number (if you know): 2017-13865

2. (a) Date of the judgment of conviction (if you know): 10/15/2021

   (b) Date of sentencing:

3. Length of sentence: 15 days in jail & $250 fine, suspended on payment of atty's fees & no more contempt

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Contempt of court, deemed to be "civil contempt" by the trial court, but, which was in fact a conviction of "criminal contempt" as a matter of law.

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Louisiana Court of Appeal, First Circuit

(b) Docket or case number (if you know): 2022-CA-1326

(c) Result: Contempt conviction/sentence affirmed, held to be "civil contempt", rehearing denied.

(d) Date of result (if you know): 10/31/2023

(e) Citation to the case (if you know): Zaorski v Usner, 382 So.3d 959 (La.App.1 Cir. 10/31/23)

(f) Grounds raised: Trial court erred as a matter of law in convicting and sentencing Petitioner for "civil contempt" by a preponderance of evidence, and in imposing a fixed 15 day jail sentence and fine, although the jail sentence & fine were suspended if Petitioner paid atty's fees of $4,625 and was not found in contempt in any future proceeding, when the contempt conviction was at a matter of law for "criminal contempt" which required proof beyond a reasonable doubt.

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: Supreme Court of Louisiana

(2) Docket or case number (if you know): 2024 CJ 0019

(3) Result: Supervisory writ application denied.

(4) Date of result (if you know): 03/12/2024

(5) Citation to the case (if you know): Zaorski v Usner, 381 So.3d 50 (La.03/12/2024)

(6) Grounds raised: Trial court erred in convicting and sentencing Petitioner for what it deemed to be "civil contempt" and in sentencing Petitioner to a fixed 15 day jail sentence and $250 fine, although suspended, when as a matter of law the conviction was for "criminal contempt," which required proof beyond a reasonable doubt.

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ❒ No

If yes, answer the following:

(1) Docket or case number (if you know): No. 23-1295 See Ex. A

(2) Result: Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit denied.

(3) Date of result (if you know): 10/07/2024

(4) Citation to the case (if you know): Zaorski v Usner, 145 S.Ct. 164 (2024).

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ❒ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❒ Yes ❒ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❒ Yes ❒ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Petitioner was convicted of criminal contempt of court and sentenced to 15 days suspended custody by a preponderance of the evidence, instead of by proof beyond a reasonable doubt.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The district court convicted the petitioner of criminal contempt of court, and sentenced her to 15 days in custody, suspended. The court applied the standard of proof by a preponderance of the evidence, when the due process clause requires the application of proof beyond a reasonable doubt.

(b) If you did not exhaust your state remedies on Ground One, explain why: ______

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ❐ Yes ❐ No

(4) Did you appeal from the denial of your motion or petition? ❐ Yes ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❐ Yes ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : ______

**GROUND THREE:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❐ Yes ❐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ❐ Yes ❐ No

(4) Did you appeal from the denial of your motion or petition? ❐ Yes ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❐ Yes ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ____________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

No.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Supreme Court of the United States, No. 23-1295, On Petition for Writ of Certiorari to the Louisiana Court of Appeal, First Circuit. Issues: (1) Did the suspension of the petitioner's fixed jail sentence and fine consitute a "purge clause" for the purposes of the Due Process clause of the Fourteenth Amendment? (2) Was the petitioner, as a matter of law, unconstitutionally convicted by a preponderance of the evidence for criminal contempt of court, which requires proof beyon a reasonable doubt? Writ of certiorari denied, October 7, 2024. See Ex. A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA, 70433

(c) At trial: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA, 70433

(d) At sentencing: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA, 70433

(e) On appeal: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA, 70433

(f) In any post-conviction proceeding: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA

(g) On appeal from any ruling against you in a post-conviction proceeding: Richard Ducote, 318 East Boston Street, 2nd Floor, Covington, LA, 70433

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☑ Yes ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: 22nd Judicial District Court, Division K, St. Tammany Parish, Louisiana

(b) Give the date the other sentence was imposed: 10/15/2021

(c) Give the length of the other sentence: 15 days jail sentence & fine, suspended.

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: That the contempt of court conviction and sentence be vacated.

or any other relief to which petitioner may be entitled.

**Richard Ducote, Esq. (La. 5111)**
318 East Boston Street, 2nd Floor
Covington, LA 70433
985. 898.2755 / 985. 898.2754 Fax
rducote@ducotelaw.com

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was ~~placed in the prison mailing system on~~ efiled 10/3/25 (month, date, year).

Executed (signed) on 10/3/25 (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.