UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINNZI ZAORKSI,** * | | **CIVIL ACTION** |
|     **PETITIONER** * | | |
| * | | |
| **VERSUS** * | | **NO. 25-cv-2079** |
| * | | |
| **PATRICIA OPPENHEIM ET AL,** * | | **SECTION "I" (3)** |
|     **RESPONDENTS** * | | |

**RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes the respondents herein, who respectfully requests an additional thirty days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A).

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due November 27, 2025 (Rec. Doc. 8).

2. The undersigned has not yet completed compiling the state court record or completed the respondent's answer to the habeas corpus application.

3. Since the Court's initial order to answer the petitioner's habeas corpus petition dated October 7, 2025 (Rec. Doc. 3), the undersigned counsel has:

    a. filed two appellate briefs and one writ application with the Louisiana First Circuit Court of Appeal;[1]

    b. filed one merits brief in a case where the Louisiana Supreme Court has

---

[1] State v. Dominic Weber, 2025-KA-0810; State v. Paul Robinson, 2025-KA-0942; State v. James Dudley, 2940-F-2021.

        granted writs for briefing and argument;[2]

    c.    answered six applications for post-conviction relief in Louisiana's 22nd Judicial District Court;[3] and

    d.    answered one other federal habeas corpus petition.[4]

4.    Considering the undersigned counsel's present work load (¶3, above), the respondent submits that there is "good cause" for an additional extension of time pursuant to Rule 6(b).

5.    The undersigned has contacted Richard Ducote, counsel for petitioner, and he has indicated that he has no objection to the requested thirty-day extension of time.

WHEREFORE, Respondent prays that it be granted until December 27, 2025, to comply with the Court's order to answer the habeas corpus petition and produce the state court record.

        Respectfully submitted,

        /s/ Matthew Caplan
        Matthew Caplan
        La. Bar No. 31650
        Assistant District Attorney
        22nd Judicial District – Parishes of
            St. Tammany and Washington
        701 N. Columbia Street
        Covington, LA 70433

---

2   State v. Michael Steven White, 2024-KK-00761.

3   State v. Charles Holcombe, 417104; State v. Walter Kott, 378041; State v. Kevin Kaigler, 439243-1; State v. Justin Kimble, 2349-F-2019; State v. Chase Revere, 5580-F-2022; State v. Daniel Homola, 414486.

4   Demario Warren, 25-cv-01709.

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      <u>/s/ Matthew Caplan</u>
      Matthew Caplan
      La. Bar No. 31650
      Assistant District Attorney
      22nd Judicial District – Parishes of
          St. Tammany and Washington
      701 N. Columbia Street
      Covington, LA 70433