**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LINNZI ZAORKSI,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 25-cv-2079** |
| | * | |
| **PATRICIA OPPENHEIM ET AL,** | * | **SECTION "I" (3)** |
| **RESPONDENTS** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given until December 27, 2025, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2025.


_____

MAGISTRATE JUDGE