UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINNZI ZAORSKI | CIVIL ACTION |
| VERSUS | NO. 25-2079 |
| PATRICIA OPPENHEIM, ET AL. | SECTION: "I"(3) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Linnzi Zaorski's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED** for lack of jurisdiction.

New Orleans, Louisiana, this 5th day of March, 2026.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 20