UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINNZI ZAORSKI                                                    CIVIL ACTION

VERSUS                                                               NO. 25-2079

PATRICIA OPPENHEIM, ET AL.                            SECTION: "I"(3)

## JUDGMENT

The Court having approved the Report and Recommendation of the Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of the respondents, Patricia Oppenheim and Randy Smith, and against the petitioner, Linnzi Zaorski, dismissing Zaorski's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of jurisdiction.

New Orleans, Louisiana, this 5th day of March, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**